UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

IN RE:

SEARCH WARRANT                    CASE NO. 5:19-mj-00047

SEALED MOTION TO SEAL
SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Timothy D. Boggess, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Search Warrant, Application and Affidavit for Search Warrant, and all attachments thereto, be filed under seal until further order of this Court. The foregoing documents should be filed under seal for the protection of the investigation and to prevent flight of targets of the investigation and the destruction of evidence.

2. There are no alternatives to sealing the entire Application and Affidavit for Search Warrant, and attachments, because unsealing a redacted copy of the affidavit would reveal the existence of the ongoing investigation to targets who have the capacity both for flight and to destroy evidence.

3. Order that this Motion be sealed.

                Respectfully submitted,

                MICHAEL B. STUART
                United States Attorney

By: _____
                TIMOTHY D. BOGGESS
                Assistant United States Attorney
                WV State Bar No. 6768
                110 North Heber Street,
                Room 261
                Beckley, WV 25801
                Telephone: 304-253-6722
                Fax: 304-253-9206
                Email: timothy.boggess@usdoj.gov