AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Residence of John Zakresky, with an address of 173<br>Lori Street, Beckley, Raleigh County, West Virginia | )<br>)<br>) Case No. 5:19-mj-00047<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___West Virginia___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment "B"

**YOU ARE COMMANDED** to execute this warrant on or before ___September 24, 2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Omar J. Aboulhosn___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___09/10/2019 4:08 pm___  *[Judge's signature]*
Judge's signature

City and state: ___Beckley, West Virginia___  ___Omar J. Aboulhosn, United States Magistrate Judge___
Printed name and title

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 5:19-mj-00047 | Date and time warrant executed: 9/18/19 Approx 6:15AM | Copy of warrant and inventory left with: 173 Lori St, Beckley, WV |
|---|---|---|

Inventory made in the presence of:
SA Antonio Ortega

Inventory of the property taken and name(s) of any person(s) seized:

See Attached FD 597

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-1-2019

_____
Executing officer's signature

SA Jennifer L. King
*Printed name and title*

FD-597 (Rev. 4-13-2015)

Page 1 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281C-PG-3053813

On (date): 9/18/19

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): John Zakresky

(Street Address): 173 Lori Street, Beckley, W.V

(City): Beckley, W.V.

Description of Item(s):
- Pistol, Ruger model P94
- Pistol, Derringer Model D, .38 special, SN F36563
- Pistol Glock 22, .40 caliber, SN UPK289
- Pistol, S+W, Model 64-3, .38 S+W Special, SN 42598
- Ammunition
- Unmarked prescription bottle containing a plastic bag w/ residue + razor
- 9mm Round
- .38 special round
- Samsung S8
- LG-Q710AL
- Shotgun Shell
- Samsung phone
- Iphone 8 Model MQ7524/A
- Moto g C7/play
- Iphone
- Pistol Revolver Rossi .357 Magnum
- Pistol/SCCY industries 9mm model CPX-1
- Iphone Model A1633
- Scale + drug packaging material

Received By: _Arturo Ortega_ (Signature)
Printed Name/Title: Arturo Ortega/Special Agent

Received From: _____ (Signature)
Printed Name/Title: Not Present to Sign

FD-597 (Rev. 4-13-2015)             Page 2 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281C-PG-3053813

On (date): 9/18/19

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): John Zakresky
(Street Address): 173 Lori St.
(City): Beckley, WV

Description of Item(s):
- 9mm Ammunition
- LG Cell phone
- 1-Black Remington 700, 308 cal Rifle w/ scope, buttstock cartridge carrier containing 4 .308 cal rounds
- 4 -308 rounds, 4 -.38 Special Rounds
- U.S. Currency approximately $357.00, skull bag w/ unknown white substance, Tums bottle w/ false bottom, paperwork
- ZTE G Link Wireless cellular phone
- 2 Scales
- Sig Sauer P938
- Sig Sauer VP365, 1 mag w/ rounds
- S+W pistol SD9VE, mag and ammunition
- Enterprise paperwork
- Ammunition and 4 magazines
- Suspected marijuana, three bags of vegetable matter
- Bag w/ residue
- Plastic bottle containing bag + veg. matter, 2 bags containing off white substance, tin containing razor and bag w/ blunt.
- Drug concealing bottles
- 3 scales w/ residue, empty plastic bags
- 2 bags suspected crystal methamphetamine, 1 capsule

Received By: (Signature) _Antonio Ortega_
Printed Name/Title: Antonio Ortega / Special Agent

Received From: (Signature) _____
Printed Name/Title: Not Present to Sign

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281C-PG-3053813

On (date): 9/18/19

item(s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) John Zakresky
(Street Address) 173 Lori St.
(City) Beckley, W.V.

Description of Item(s):
- Suspected heroin bag - off white substance
- DVR
- 1 .223 round
- m1 30 cal rifle w/ sling
- 25 blazer 45 auto rounds
- S+W Pistol Model SD40VE, serial # FWJ3395
- Samsung Galaxy S10 Plus
- Samsung w/ Art lego
- Cell phone - Blade
- Cell phone - Cricket LG
- Box of 223 Remington, SS green metal case
- S+W Pistol model SD9VE serial #: FZV3082
- Ruger Pistol Serial # 381-26090
- Kindle
- Smart tab
- Samsung tablet
- Samsung tablet
- Drug packaging, pipes, straws
- Discs labeled pictures

Received By: Antonio Ortega (Signature)
Received From: Not Present to Sign (Signature)

Printed Name/Title: Antonio Ortega / Special Agent
Printed Name/Title: Not Present to Sign

FD-597 (Rev. 4-13-2015) Page 4 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281C-PG-3053813

On (date): 9/18/19

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) John Zakresky
(Street Address) 173 Lori Street
(City) Beckley, WV

Description of Item(s):
- Bag of white substance
- Two vehicle titles + notebook w/ writing
- plastic bag containing white substance
- 5 empty mags, 1 firearm tool
- Comet container (drug concealing)
- One bag of vegetable matter
- Two clear bags containing off white residue
- Two "Stay high" bags containing off white residue
- U.S. Currency approximately ~$73)
- ZTE cellular telephone
- AT&T Alcatel cellular telephone

Received By: (Signature) Antonio Ortega
Received From: (Signature)
Printed Name/Title: Antonio Ortega / Special Agent
Printed Name/Title: Not Present to Sign